IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Troy Jack Briggs,<br><br>             Petitioner,<br><br>v.<br><br>Charles Ryan, et al.,<br><br>             Respondents. | No. CV-18-00031-TUC-SHR<br><br>**ORDER** |

On July 9, 2020, Magistrate Judge Erik J. Markovich issued a Report and Recommendation ("R&R") in which he recommended the Court dismiss Petitioner Troy Jack Briggs's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition"). (Doc. 22.) The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

The Court has reviewed the Petition (Doc. 1), the Respondent's Answer (Doc. 12), Petitioner's Reply (Doc. 18), and Judge Markovich's R&R (Doc. 22). The Court finds the R&R well-reasoned and agrees with Judge Markovich's conclusions. *See* Fed. R. Civ. P.

72(b).

**IT IS ORDERED** the R&R is ADOPTED (Doc. 22) and Troy Jack Briggs's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED** (Doc. 1).  The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 21st day of August, 2020.

Honorable Scott H. Rash
United States District Judge